UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

ADAM LEE PASSARELLI,

        Plaintiff,

Case No. 1:23-cv-910

v.

Honorable Ray Kent

NATE STEPHENSON et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 31, 2023                   /s/ Ray Kent
                                                                Ray Kent
                                                                United States Magistrate Judge